

**ERICKSEN ARBUTHNOT**
Attorneys at Law

100 Bush Street

Suite 900

San Francisco, CA

94104-3950

T: 415.362.7126

F: 415.362.6401

ericksenarbuthnot.com

CALIFORNIA

OFFICES:

Los Angeles

San Francisco

San Jose

Oakland

Sacramento

Fresno

Bakersfield

Walnut Creek

*Via email only*

April 22, 2014

Hon. Joseph C. Spero
United States Magistrate Judge
San Francisco Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:**   Miller Environmental v. Brigitte Meikle
          Case No. 14-mc-80065-EMC (JCS)

          In re Subpoena Issued to Brigitte A. Meikle
          Case No. CV 14-MC-80058-EMC (JCS)

Dear Judge Spero:

A Motion to Show Cause is scheduled with your office on Friday, April 25, 2014 at 2:00 p.m.

I would like to advise you that the undersigned plan to personally attend the hearing. We have also been advised that Anthony Schoenberg, attorneys for Respondent Brigitte Meikle, will also personally attend.

We would also like to request your kind permission to allow out-of state counsel Mr. Feldman and Mr. Polacano to attend the hearing by phone. I have discussed this with Mr. Schoenberg and he has no objection for them to appear by phone.

Very truly yours,

ERICKSEN ARBUTHNOT

_____/s/_____
Andrew P. Sclar

cc: Anthony P. Schoenberg, Esq.

IT IS HEREBY ORDERED THAT counsel shall arrange a conference call number with pass code and provide that information to the court by 4/24/14. Counsel shall be on phone standby and await the Court's call.
Dated: 4/23/14



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero